UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                          Chapter 7
JOHN P. BROWN and                   CASE NO. 14-03434-KRM
PATRICIA BROWN,
    Debtor(s).                               /

## REPORT AND NOTICE OF INTENTION
## TO SELL PROPERTY OF THE ESTATE

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the proof of service attached to this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 and serve a copy on the movant, STEPHEN L. MEININGER, TRUSTEE, 707 N. Franklin Street, Suite 850, Tampa, FL 33602.

If you file and serve an objection within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

TO:     Creditors, Debtor(s) and Parties in Interest

STEPHEN L. MEININGER, TRUSTEE of the above captioned Debtor's bankruptcy estate, hereby gives notice of a proposed sale of the property of the estate and would show as follows:

1. The Debtors also have an ownership interest in a 2009 Mercury Mariner ("vehicle") that was valued by the Debtors at Nine Thousand Four Hundred Dollars ($9,400.00). The vehicle appears to be owned free and clear of any liens. The Debtors claimed Two Thousand Dollars ($2,000.00) of the vehicle as exempt pursuant to the provisions of Florida Statute 222.25(1). The Debtors may apply Five Thousand Eight Hundred Ninety Six Dollars ($5,896.00) of the exemption pursuant to the provisions of Florida Statute 222.25(4) to the vehicle. Therefore, the non-exempt portion of the Debtors' interest in the vehicle, in the amount of One Thousand Five Hundred Four Dollars ($1,504.00), is property of the bankruptcy estate and subject to administration by the Trustee.

2. The Debtors also has an ownership interest in a 2009 Ford Focus ("vehicle") that was valued by the Debtors at Six Thousand Nine Hundred Four Dollars ($6,904.00). The vehicle is encumbered by a lien in favor of SunTrust in the amount of Three Thousand Three Hundred Dollars ($3,300.00). Therefore, the equity in the vehicle is Three Thousand Six Hundred Four Dollars ($3,604.00). The Debtors may apply Two Thousand One Hundred Four Dollars ($2,104.00) of their exemption pursuant to Florida Statute 222.25(4) to the vehicle. The Debtors may also apply Five Hundred Dollars ($500.00) of their personal property

exemption, pursuant to Art. X, §4 of the Florida Constitution, to the vehicle. Therefore, the entire vehicle may be claimed as exempt.

3. The Trustee has received an offer to purchase the aforementioned property subject to all liens and encumbrances from:

John and Patricia Brown, 5090 Caryl Road, Venice, FL 34293 for the total sum of One Thousand Five Hundred Four Dollars ($1,504.00) that is payable in one lump sum. The sale is subject to all liens and encumbrance.

4. The Trustee is aware of the following encumbrances on the property. There may be other encumbrances that the Trustee is not aware of.

| Lienholder | Address | Amount |
|---|---|---|
| SUNTRUST | P.O. BOX 791144 | $3,300.00 |
| BALTIMORE, MD 21279 | | |

5. The property is being sold "As Is, Where Is" with no warranties of any kind. The Trustee investigated the possibility of encumbrances against the property being sold and found none or only found those as disclosed above. It is the buyer's responsibility to further examine title or otherwise identify any encumbrances not disclosed in Paragraph #4 above. To the extent that additional encumbrances not disclosed above exist, it is the buyer's responsibility to satisfy those encumbrances.

6. The Trustee will entertain any higher bids for the purchase of the assets described in Paragraph #1 above. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business on twenty one (21) days from the date set forth on the proof of service attached to this paper. The Trustee will only accept higher bids in increments of $100.00. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange the auction, after said twenty one (21) days.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Report and Notice of Intention to Sell Property of the Estate has been sent by regular U.S. Mail to the MAILING MATRIX on this 17th day of July, 2014.

STEPHEN L. MEININGER, TRUSTEE
707 North Franklin Street, Suite 850
Tampa, Florida 33602
Phone: (813) 301-1025